**Elmer Sterling EDWARDS et al., Petitioners-Appellants,**

**v.**

**INTENDANCY OF UNITED STATES PENITENTIARY, Atlanta, Georgia, et al., Respondents-Appellees.**

No. 71–2307

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 1971.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966.

Elmer S. Edwards (pro se).

Julius O. French (pro se).

George W. Henning (pro se).

John W. Stokes, Jr., U. S. Atty., Richard H. Still, Asst. U. S. Atty., Atlanta, Ga., for appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. *See* Local Rule 21.[1] *See* Sturgis v. United States, 5th Cir. 1969, 419 F.2d 390; Smith v. Blackwell, 5th Cir. 1966, 367 F.2d 539.[2]

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

2. Petitioner contends that the operation of 18 U.S.C. § 4205 deprives him of equal protection of the laws in violation of the fifth amendment. Petitioner failed to raise this point in the court below, and we, therefore, express no opinion on it.